UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND | : <br> : |
| Plaintiff, | : CIVIL ACTION NO.: 04CV10317 (MEL) |
| V. | : |
| ATLAS INDUSTRIAL FENCE CO. | : |
| Defendant, | : MARCH 11, 2004 |

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of JEFFREY HELLMAN of ZEISLER & ZEISLER, P.C., 558 CLINTON AVENUE, BRIDGEPORT, CONNECTICUT 06605, (203)368-4234 as attorney for the Defendant, Atlas Industrial Fence Company in the above-captioned matter.

ATLAS INDUSTRIAL FENCE COMPANY

BY _____
JEFFREY HELLMAN (BB0549896)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail this 11th day of March 2004 to:

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

_____
Jeffrey Hellman