UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT STEEL, a DIVISION OF PASSAIC COUNTY STEEL SERVICES, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 03-11730 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, Bridgeport Steel, a Division of Passaic County Steel Services, Inc. in the above-captioned action. Defendant was served with the complaint and summons on February 9, 2004. A copy of proof of service is attached.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: March 23, 2004                 Respectfully submitted,

                                                    Catherine M. Campbell
                                                  BBO #549397
                                                  Fienberg, Campbell & Zack, P.C.
                                                  177 Milk Street
                                                  Boston, MA 02109
                                                  (617) 338-1976


                                                  /s/ Catherine M. Campbell_____
                                                  Attorney for Plaintiff,
                                                  Charles Langone, Fund Manager

<u>Certificate of Service</u>

      I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Jim Hudson, Bridgeport Steel, c/o Grammer, Dempsey & Hudson, Inc., PO Box 1059, Newark, NJ 07101.

Date: March 23, 2004                         <u>/s/ Catherine M. Campbell</u>
                                                           Catherine M. Campbell