UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
FEB 10 P 12: 25

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>BRIDGEPORT STEEL, a DIVISION OF PASSAIC COUNTY STEEL SERVICES, INC. )<br><br>Defendant, ) | C.A. No. 03-11730 GAO |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Jim Hudson, Authorized Agent, c/o Grammer, Dempsey & Hudson, Inc., PO Box 1059, Newark, NJ 07101 on February 5, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 9th day of February 2004.

_____
Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jim Hudson
Bridgeport Steel, a Division
Passaic County Steel
c/o Grammer, Dempsey & Hudson
PO Box 1059
Newark, NJ 07101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_[illegible]_   2-5-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
_(Transfer from service label)_
7003 1010 0001 0791 9380

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540