UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ATLAS INDUSTRIAL FENCE CO.<br><br>Defendant, | C.A. No. 04cv10317 MEL |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, Atlas Industrial Fence Co. in the above-captioned action. Defendant was served with the complaint and summons on February 20, 2004. A copy of proof of service is attached.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: March 23, 2004                                  Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff,
Charles Langone, Fund Manager

<u>Certificate of Service</u>

  I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Jeffrey Hellman, Zeisler & Zeisler, PC, 558 Clinton Avenue, Bridgeport, Ct 06605.

Date: March 23, 2004          /s/ Catherine M. Campbell_____
                 Catherine M. Campbell