UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ATLAS INDUSTRIAL FENCE CO.<br><br>Defendant, | C.A. No. 04cv10317 MEL |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Joseph J. Palmeri, Registered Agent, Atlas Industrial Fence Co., Inc. 100 Hinman Street, Cheshire, Ct 06410, on February 20, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 23rd day of February 2004.

_____
Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

FILED
CLERK'S OFFICE

2004 FEB 24   A 11: 25

DISTRICT COURT
DISTRICT OF MASS.

