SCANNED
DATE: 4-6-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ATLAS INDUSTRIAL FENCE CO.<br><br>Defendant, | C.A. No. 04cv10317 MEL |

## JUDGMENT

A default has been entered against Atlas Industrial Fence on March 25, 2004, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $3,440.25 for delinquent contributions for the months of January 2001 through May 2003, late fees in the amount of $2,099.50, interest in the sum of $137.60, liquidated damages in the sum of $1,107.95, and attorneys' fees and costs in the sum of $792.29 and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Alas Industrial Steel Co. the sum of $7,580.59. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated: 05/10/04

_George H. Howarth_
Deputy Clerk